1  Louis H. DeHaas, State Bar No. 39579 - ldehaas@ljdfa.com
2  Mark B. Guterman, State Bar No. 137038 - guterman@ljdfa.com
   LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES
3  865 South Figueroa Street, 32nd Floor
   Los Angeles, California 90017-5431
4  Telephone (213) 426-3600 • Facsimile (213) 426-3650

5  Attorneys for Defendant, MARIO ROSENBERG, M.D.

6
7
8                    UNITED STATES DISTRICT COURT
9                       CENTRAL OF CALIFORNIA
10

11 | CARL DAVID MENDLOW,                  | Civil No.: 2:19-cv-01771-JFW-FFM
12 |                  Plaintiff,          | Assigned to: Hon. John F. Walter
13 |       vs.                            | Courtroom: 7A
14 | KEITH KLEIN, KIRAN                   | **DECLARATION OF LEAD TRIAL COUNSEL LOUIS H. DEHAAS FOR DEFENDANT MARIO ROSENBERG, M.D., RE COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**
15 | GOLLAPUDI, HEALTH NET MEDI-
16 | CAL, CEDARS-SINAI MEDICAL
17 | CENTER, PEGGY MILES, JOSEPH
   | THUM, OLYMPIA HEALTH CARE,
18 | LLC dba OLYMPIA MEDICAL
   | CENTER, BABAK BAMSHAD,
19 | MARIO ROSENBERG, DR.
   | MICHAEL SOFFER, BEVERLY
20 | HILLS URGENT CARE, DR.
   | NADEREH TAFRESHI-DARABI,
21 | DR. FARAG, LONG BEACH
   | HOSPITAL, REDDY URGENT
22 | CARE, CHILDREN'S HOSPITAL,
   | MEDICAL PROVIDERS IN THE
23 | BEVERLY HILLS, LONG BEACH
   | AND SOUTHERN CALIFORNIA
24 | REGION, COVERED CALIFORNIA, | TRIAL DATE: None Set
25 |                              | ACTION FILED: 03/11/19
   |           Defendants.
26
27
28

## DECLARATION OF LOUIS H. DEHAAS

I, Louis H. DeHaas, Esq., declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California, as well as being admitted to the United States District Court, Central District of California, and am a shareholder with the firm of La Follette, Johnson, De Haas, Fesler & Ames, a professional corporation, attorneys of record for Defendant MARIO ROSENBERG, M.D.

2. I am the attorney assigned to represent Defendant MARIO ROSENBERG, M.D. in this action as lead trial counsel. My testimony is based on my personal knowledge.

3. I am registered as an ECF User with the United States District Court, Central District of California.

4. My e-mail addresses for ECF service are: ldehaas@ljdfa.com and mguterman@ljdfa.com

5. I consent to receive service of documents in this matter via electronic delivery through the ECF filing system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of August 2019 at Los Angeles, California.

_____
Louis H. DeHaas, Esq., Esq., Declarant

- 2 -   2:19-cv-01771-JFW-FFM
DECLARATION OF LEAD TRIAL COUNSEL LOUIS H. DEHAAS RE COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING

f:\3201.40399 0009-mbg-pld-decl trial attny.docx

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      ]
                         ]  ss.
COUNTY OF LOS ANGELES ]

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On August 5, 2019, I served a true copy of **DECLARATION OF LEAD TRIAL COUNSEL LOUIS H. DEHAAS FOR DEFENDANT MARIO ROSENBERG, M.D., RE COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** on the interested parties in Re CARL DAVID MENDLOW v. MARIO ROSENBERG, M.D., Court Case No. 2:19-cv-01771-JFW-FFM, Our Matter No. 3201.40399 LHD, by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

### SEE ATTACHED MAILING LIST

Place of Mailing: <u>LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES, 865 South Figueroa Street, 32nd Floor, Los Angeles, California 90017-5431</u>
Executed on August 5, 2019, at Los Angeles, California

Please check one of these boxes if service is made by mail:
____ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
__X__ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
____ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
SONIA SANDOVAL

CARL DAVID MENDLOW v. MARIO ROSENBERG, M.D.
Our File No.: 3201.40399 LHD
Case No.: 2:19-cv-01771-JFW-FFM

Carl David Mendlow
4221 Lime Avenue
Long Beach, CA 90807
Phone: (949) 375-9707
Plaintiff IN PRO PER

Christopher P. Wend, Esq.
LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES
865 South Figueroa Street, 32nd Floor
Los Angeles, CA 90017-5431
Phone: (213) 426-3600
Fax: (213) 426-3650
Attorneys for Plaintiff, MICHAEL J. SOFFEr, M.D.


Kathryn S.M. Mosely, Esq.
Lee M. Moulin, Esq.
LEIBL, MIRETSKY & MOSELY, LLP
5014 Chesebro Road
Agoura Hills, CA 90301
Phone: (818) 380-0123
Fax: (818) 380-0124
Email: kmosely@jmll.com
Attorneys for Defendants, CEDARS-SINAI MEDICAL CENTER, PEGGY MILES, M.D., KIRAN GOLLAPUDI, M.D. and DENNIS JOSEPH THUM, M.D.

Joseph M. Radochonski
REBACK, McANDREWS & BLESSEY, LLP
1230 Rosecrans Avenue, Suite 450
Manhattan Beach, CA 90266
Phone: (310) 297-9900
Fax: (310) 297-9800
Email: jradochonski@rmblawyer.com
Attorneys for Defendant, KEITH KLEIN, M.D.

- 4 -        2:19-cv-01771-JFW-FFM
CERTIFICATE OF SERVICE