JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL DAVID MENDLOW,** | Case No. CV-19-01771-JFW-FFMx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KEITH KLEIN, KIRAN GOLLAPUDI, HEALTH NET MEDICAL, CEDAR SINAI, PEGGY MILES, JOSEPH THUM, OLYMPIA MEDICAL CENTER, BABAK BAMSHAD, MARIO ROSENBERG, MICHAEL SOFFER, MEDICAL PROVIDERS IN BEVERLY HILLS, LONG BEACH AND SOUTHERN CALIFORNIA REGION, COVERED CALIFORNIA, | |
| Defendants. | |

Pursuant to the Court's November 6, 2019 order granting Defendants' Covered California, Cedars-Sinai Medical Center, Peggy Miles, M.D., Kiran Gollapudi, M.D., Dennis Thum, M.D., Keith Klein, M.D., Long Beach Memorial Medical Center, Mario Rosenberg, M.D., Michael Soffer, M.D., and Olympia Healthcare, LLC dba Olympia Medical Center (collectively "Defendants") Motions to Dismiss and dismissing Plaintiffs' Second Amended Complaint,

1

IT IS ADJUDGED that Plaintiff take nothing by way of his suit and that JUDGMENT IS ENTERED in favor of Defendants as to all federal claims. The Court declines supplemental jurisdiction over Plaintiff's state claims and dismisses said claims without prejudice.

IT IS SO ORDERED.

Dated: November 13, 2019

_____
The Honorable John F. Walter

LA2019502511
14259957